# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

GEORGE W. GAINES,
    Plaintiff,

        v.

CHARLES AMANN, et al.,
    Defendants

Case No. 1:13cv125

Litkovitz, M.J. - **Consent Case**

## ORDER

The Court, having been advised that after continued settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice.  It is provided that any of the parties may, upon good cause shown within ninety (90) days from the date of this Order reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date __11/18/13__

Karen L. Litkovitz
United States Magistrate Judge